## Conley v. Commonwealth.

(Decided January 24, 1911.)

### Appeal from Boyd Circuit Court.

Appeals—Jurisdiction of Appellate Court.—No appeal lies to the appellate court from a judgment by which the defendant is fined $50.00 and sentenced to imprisonment for not exceeding thirty days. (Criminal Code Sec. 347.)

ZERFOSS & WEAKLEY, for appellant.

JAS. BREATHITT, Attorney General, and T. B. McGREGOR, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Dismissing appeal.

No appeal lies to this court from a judgment by which the defendant is fined fifty dollars and sentenced to imprisonment for not exceeding thirty days. (Noe v. Commonwealth, 121 S. W., 421; Criminal Code, section 347.)

Appeal dismissed.